1

2

3

4

5

6

7

8                     IN THE UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10   SIRRIUM,

11             Plaintiff,                    No. 2:12-cv-00543 LKK KJN PS

12        vs.

13   BANK OF AMERICA NA et al.,

14             Defendants.                   <u>ORDER</u>

15   _____/

16        This wrongful foreclosure action, in which plaintiff is proceeding without counsel

17   and in forma pauperis, presently proceeds before the undersigned pursuant to E.D. Cal. L.R.

18   302(c)(21) and 28 U.S.C. § 636(b)(1).  On June 26, 2012, the court screened and dismissed

19   plaintiff's original complaint with leave to amend.  (Dkt. No. 4.)  On July 25, 2012, plaintiff filed

20   a first amended complaint, which awaits further screening pursuant to 28 U.S.C. § 1915.  (Dkt.

21   No. 5.)

22        Upon further review of the action, it appears that both plaintiff and the property at

23   issue is located in Siskiyou County, California.  Therefore, the proper intra-district venue for this

24   action is the Redding division of this court.  <u>See</u> E.D. Cal. L.R. 120 & Appendix A(l).  The

25   undersigned will therefore direct that the action be reassigned to Magistrate Judge Craig M.

26   Kellison in the Redding division for purposes of all appropriate pre-trial proceedings and other

magistrate judge duties in this case.  See E.D. Cal. L.R. 120(f) ("Whenever in any action the Court finds upon its own motion...that the action has not been commenced in the proper court in accordance with this Rule, or for other good cause, the Court may transfer the action to another venue within the District").  However, because all parties have not consented to proceed before a magistrate judge for all purposes pursuant to 28 U.S.C. § 636(c), and there is no district judge in the Redding division, the case shall otherwise remain assigned to Judge Lawrence K. Karlton.

For the foregoing reasons, IT IS HEREBY ORDERED that:

1.  The Clerk of Court shall REASSIGN the action to Magistrate Judge Craig M. Kellison in the Redding division of this district for purposes of all appropriate pre-trial proceedings and other magistrate judge duties, and shall appropriately re-designate the case.

2. The action shall remain assigned to Judge Lawrence K. Karlton as district judge for all other purposes.

DATED:  September 20, 2012

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

2