IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SIRRIUM,

        Plaintiff,                    No. 2:12-cv-00543 LKK KJN PS

    vs.

BANK OF AMERICA NA et al.,

        Defendants.               ORDER

_____/

        This wrongful foreclosure action, in which plaintiff is proceeding without counsel and in forma pauperis, presently proceeds before the undersigned pursuant to E.D. Cal. L.R. 302(c)(21) and 28 U.S.C. § 636(b)(1). On June 26, 2012, the court screened and dismissed plaintiff's original complaint with leave to amend. (Dkt. No. 4.) On July 25, 2012, plaintiff filed a first amended complaint, which awaits further screening pursuant to 28 U.S.C. § 1915. (Dkt. No. 5.)

        Upon further review of the action, it appears that both plaintiff and the property at issue is located in Siskiyou County, California. Therefore, the proper intra-district venue for this action is the Redding division of this court. See E.D. Cal. L.R. 120 & Appendix A(l). The undersigned will therefore direct that the action be reassigned to Magistrate Judge Craig M. Kellison in the Redding division for purposes of all appropriate pre-trial proceedings and other

1

1 magistrate judge duties in this case.  See E.D. Cal. L.R. 120(f) ("Whenever in any action the
2 Court finds upon its own motion...that the action has not been commenced in the proper court in
3 accordance with this Rule, or for other good cause, the Court may transfer the action to another
4 venue within the District").  However, because all parties have not consented to proceed before a
5 magistrate judge for all purposes pursuant to 28 U.S.C. § 636(c), and there is no district judge in
6 the Redding division, the case shall otherwise remain assigned to Judge Lawrence K. Karlton.

7       For the foregoing reasons, IT IS HEREBY ORDERED that:

8       1.  The Clerk of Court shall REASSIGN the action to Magistrate Judge Craig M.
9 Kellison in the Redding division of this district for purposes of all appropriate pre-trial
10 proceedings and other magistrate judge duties, and shall appropriately re-designate the case.

11       2. The action shall remain assigned to Judge Lawrence K. Karlton as district judge
12 for all other purposes.

13 DATED: September 20, 2012

15                                     _____
                                    KENDALL J. NEWMAN
16                                     UNITED STATES MAGISTRATE JUDGE