IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIRRIUM, | No. 2:12-CV-0543-LKK-CMK |
|     Plaintiff, | |
|   vs. | ORDER |
| BANK OF AMERICA NA, et al., | |
|     Defendants. | |
| _____/ | |

      Plaintiff, who is proceeding pro se, brings this civil action. Pending before the court is plaintiff's motion for leave to further amend the complaint (Doc. 22). The motion will be denied for two reasons. First, plaintiff did not submit a proposed amended complaint. Plaintiff's failure to do so makes it impossible for the court to evaluate whether leave to amend should be granted. Second, plaintiff's motion was not properly noticed for hearing before the undersigned pursuant to Eastern District of California Local Rule 302(c)(21).

/ / /

/ / /

/ / /

/ / /

1     Accordingly, IT IS HEREBY ORDERED that plaintiff's motion for leave to
2 amend (Doc. 22) is denied without prejudice.

4  DATED: December 17, 2012

6  **CRAIG M. KELLISON**
   UNITED STATES MAGISTRATE JUDGE