**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

SIRRIUM,

    Plaintiff,

 vs.

BANK OF AMERICA NA, et al.,

    Defendants.

No. 2:12-CV-0543-LKK-CMK

<u>ORDER</u>

        Plaintiff, who is proceeding pro se, brings this civil action. The matter was referred to a United States Magistrate Judge pursuant to Eastern District of California local rules.

        On February 21, 2013, the Magistrate Judge filed findings and recommendations herein which were served on the parties and which contained notice that the parties may file objections within a specified time. Timely objections to the findings and recommendations have been filed.

        In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304(f), this court has conducted a <u>de novo</u> review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

1

1   Accordingly, IT IS HEREBY ORDERED that:

2   1. The findings and recommendations filed February 21, 2013, are adopted in full, except that the court wishes to address one point in further detail. Under 28 U.S.C. § 1367(c)(3), district courts "may decline to exercise supplemental jurisdiction over a claim [if] the district court has dismissed all claims over which it has original jurisdiction . . . ." This statute is the basis for the court's authority to decline to exercise supplemental jurisdiction over plaintiff's state law claims herein;

2. Defendants' motion to dismiss (Doc. 13) is granted;

3. All other pending motions (Doc. 6) are denied as moot;

4. This action is dismissed with prejudice; and

5. The Clerk of the Court is directed to enter judgment and close this file.

DATED: March 28, 2013.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2